**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

Lorenzo Carse, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                              *Plaintiff,*

         - against -

Buyk Corp., and Phil "Doe",

                            *Defendants.*

-----------------------------------------------------------------X

Case No.: 22-cv-01881

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

*THE CLERK IS DIRECTED TO CLOSE THIS CASE.*

**Application Granted**
**SO ORDERED**
**Brooklyn, New York**
**Dated: 7/20/2022**

/s/Eric N. Vitaliano
_____
**Eric N. Vitaliano**
**United States District Judge**

      Plaintiff Lorenzo Carse, by her attorneys, Levin-Epstein & Associates, P.C., hereby voluntarily dismisses this action as against Defendants Buyk Corp., and Phil "Doe", without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A), without costs or attorneys' fees to any party.

Dated: June 7, 2022
      New York, New York

                                         By:    /s/*Jason Mizrahi*
                                                   Jason Mizrahi, Esq.
                                                   Levin-Epstein & Associates, P.C.
                                                   60 East 42nd Street, Suite 4700
                                                   New York, New York 10165
                                                   Telephone: (212) 792-0048
                                                   Email: Jason@levinepstein.com